ROBERT HAWKINS #131159
CHAPTER 7 TRUSTEE
1849 NORTH HELM, SUITE 110
FRESNO, CALIFORNIA 93727
(559) 255-0555

Chapter 7 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of | Case No. 13-15708-B-7F |
| JAMES MYERS and BARBARA MYERS, | DC No. RHT-2 |
| | **TRUSTEE'S MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY** 11 U.S.C. §363 |
| Debtors. _____/ | Date: April 23, 2014 Time: 10:00 a.m. Dept: B |

**TO THE HONORABLE W. RICHARD LEE, UNITED STATES BANKRUPTCY JUDGE:**

Robert Hawkins respectfully represents:

1. He is the duly appointed, qualified, and acting successor trustee of the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on or about August 27, 2013, and Robert Hawkins was appointed Chapter 7 Trustee.

3. This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a). This is a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363.

///////

1     4.    Among the assets of this estate is non exempt equity in a 2000 Chevy 3500 with a fair market value of $3,500.00, a 1955 Chevy (in pieces) with a fair market value of approximately $500.00, and a 1995 Chevy 1 Ton truck with a fair market value of approximately $2,013.00.

    5.    The Trustee has received an offer from the debtors, James Myers and Barbara Myers, to purchase the equity in the above-described asset for the total sum of $3,157.50.

    6.    In deciding to accept the proposed offer, the Trustee took into consideration the fair market value of the vehicles, the debtors' vehicle exemption in the amount of $2,900.00, and the costs associated with taking possession of, storing, and selling the vehicles at auction. The Trustee does not believe that the estate would net a higher amount from an auction sale of the vehicles.

    7.    The Trustee believes that sale of the above-described property on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE**, the Trustee prays that after appropriate notice and opportunity to be heard, he be authorized to sell the above-described assets to the debtors, James Myers and Barbara Myers, for the total sum of $3,257.50.

**DATED**: MARCH 18, 2014

        /S/Robert Hawkins
ROBERT HAWKINS,
Chapter 7 Trustee

2